

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2015

No. 04-15-00063-CV

**IN THE INTEREST OF Z.R.M.,** child,

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 13-11-22140-CV
The Honorable Cathy Morris, Judge Presiding

# O R D E R

The Appellant-Mother's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on May 15, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court